**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____   Chapter __**12**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JC Farms, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-4471623** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **18103 US Hwy 412** <br> **Kennett, MO 63857-8313** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Dunklin** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor   **JC Farms, LLC**
_____   Case number (*if known*) _____
Name

**7.** **Describe debtor's business** A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_**111**_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☑ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

6/20/23  8:20AM

| Debtor | JC Farms, LLC | | Case number (*if known*) | |
|--------|---------------|--|--------------------------|--|
| | Name | | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|--------|--|--------------|--|
| District | | When _____ | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

███ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|--|--|--|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|--|--|--|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **JC Farms, LLC**
Name

Case number (*if known*) _____

☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

6/20/23 8:20AM

| Debtor | **JC Farms, LLC** | Case number (*if known*) |
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2023**
               MM / DD / YYYY

**X** **/s/ Nicholas Gates**                        **Nicholas Gates**
     Signature of authorized representative of debtor            Printed name

Title    **Owner**

---

**18. Signature of attorney**

**X** **/s/ Kelvin W. Birk**            Date   **June 20, 2023**
     Signature of attorney for debtor                   MM / DD / YYYY

**Kelvin W. Birk**
Printed name

**Birk Law Firm, LC**
Firm name

**2851 Professional Court**
**Suite C**
**Cape Girardeau, MO 63703**
Number, Street, City, State & ZIP Code

Contact phone   **573-332-8585**      Email address   **kbirk@birklegal.com**

**48274 MO**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name __JC Farms, LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 20, 2023__    X __/s/ Nicholas Gates__
                                     Signature of individual signing on behalf of debtor

                                     __Nicholas Gates__
                                     Printed name

                                     __Owner__
                                     Position or relationship to debtor

6/20/23 8:20AM

**Fill in this information to identify the case:**

Debtor name    **JC Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | **Summary of Assets** |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $   **800,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.........................................................................   $   **11,186,241.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...........................................................................   $   **11,986,241.00**

| Part 2: | **Summary of Liabilities** |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **8,772,883.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $   **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$   **2,162,136.00**

4.   **Total liabilities** ...................................................................................
   Lines 2 + 3a + 3b

   $   **10,935,019.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

6/20/23 8:20AM

**Fill in this information to identify the case:**

Debtor name   **JC Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known)   _____

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First State Bank and Trust Company, Inc** **100 West 3rd St.** **Caruthersville, MO 63830-1356** | **Checking** | | **$2,621.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $2,621.00 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.

| Debtor | **JC Farms, LLC** | Case number *(If known)* | |
|--------|-------------------|--------------------------|--|
| | Name | | |

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                    % of ownership

| | | % of ownership | Valuation method | Current value |
|--|--|--|--|--|
| 15.1. | **300 Class A Shares of Delta Peanut LLC Secured by 2nd Lien on: '16 REIT #7171, '13 FRHT #1033 (1sr Lien on LN#1889893) (Part of Delta Peanut LLC Class A Stock ov 2,550)** | % | **N/A** | **$75,000.00** |
| 15.2. | **900 Class A Shares of Delta Peanut LLC Collateral in lieu of down payment: '13 FRHT #DFE1033, '16 REIT Trailer (Part of Delta Peanut LLC Class A Stock of 2,550)** | % | **N/A** | **$225,000.00** |
| 15.3. | **1350 Class A Shares of Delta Peanut LLC Collateral in lieu of down payment '13 FRHT #DFE1033, '16 REIT Trailer (Part of Delta Peanut LLC Class A Stock of 2,550)** | % | **N/A** | **$337,500.00** |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

**17.** **Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

| | |
|--|--|
| | **$637,500.00** |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|--|--|--|--|
| **28.** **Crops-either planted or harvested** **Estimated Net Current Value of 2,211 Acres of Growing Cotton** | **$0.00** | **N/A** | **$689,433.00** |
| **Estimated Net Current Value of 529 Acres of Growing Soybeans** | **$0.00** | **N/A** | **$213,100.00** |

| Debtor | **JC Farms, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **Estimated Net Current Value of 600 Acres of Growing Peanuts** | | $0.00 | N/A | $249,375.00 |
| **Estimated Net Current Value of 1,189 Acres of Growing Corn** | | $0.00 | N/A | $644,104.00 |

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

| | | | | |
|---|---|---|---|---|
| **Lister - Orthman Lister with Gandy Seeder** SN: 521702/15118 | | $0.00 | N/A | $45,000.00 |
| **Brent Grain Cart V1100** SN: B39190103 | | $0.00 | N/A | $105,000.00 |
| **2012 Doosan Escavator Model DX225** SN: DHKCEBADAB0006310 | | $0.00 | N/A | $60,000.00 |
| **Roll-a-Cone 12 Row 38' Hipper** SN: 10-4020 | | $0.00 | N/A | $18,000.00 |
| **Willmar 642E Sprayer Broadcast 12 Row** SN: 6042r18-00060E | | $0.00 | N/A | $10,000.00 |
| **Ecolo Tiger Disc Ripper** SN: YHD083925 | | $0.00 | N/A | $80,000.00 |
| **Self- Propelled Sprayer  JD R4038** SN: 1NO4038RPK0204521 | | $0.00 | N/A | $330,000.00 |
| **Tractor - JD 8320R MFWD** SN: 1RW8320RLJD136432 | | $0.00 | N/A | $260,000.00 |
| **Tractor - JD 8320R MFWD** SN: 1RW9320RLJD136379 | | $0.00 | N/A | $260,000.00 |
| **Row Crop Tractor - JD 8345R MFWD** SN: 1RW8345RAJD135543 | | $0.00 | N/A | $260,000.00 |
| **Cotton Picker - JD CP690** SN: 1NOC690PHJ4070585 | | $0.00 | N/A | $550,000.00 |
| **JD 410R Highcycle Self-Propelled Sprayer** SN:IN0410RXTN0222707 | | $0.00 | N/A | $470,000.00 |
| **JD HX14 Lift Type Rotary/Flail Cutter** SN: 1POHZ14DLJP027548 | | $0.00 | N/A | $7,500.00 |

Debtor   **JC Farms, LLC**
Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| **2021 Amadas M2120A**<br>**Combine #590229** | $0.00 | N/A | $160,000.00 |
| **JD 8320 Tractor**<br>**SD: 1RW8320RLFD104345** | $0.00 | N/A | $180,000.00 |
| **JD 4730 Hicycle Self-Propelled Sprayer**<br>**SN: 1NO4730ZED0028607** | $0.00 | N/A | $85,000.00 |
| **Hipper Roll-A-Cone**<br>**SN: 104581** | $0.00 | N/A | $28,000.00 |
| **Combine - Amadas 2120 Peanut**<br>**SN: 590080** | $0.00 | N/A | $160,000.00 |
| **Turbo Till - Case IH 335 VT**<br>**SN: YKD087382** | $0.00 | N/A | $60,000.00 |
| **Bedder - House 302 Bedder Conditioner 12 Row**<br>**SN 22205** | $0.00 | N/A | $35,000.00 |
| **Water Trailer - KHB 1600 ga**<br>**SN NT05300** | $0.00 | N/A | $10,000.00 |
| **Fertilizer - KBH Kniff Rig 12 Row**<br>**SN 3828** | $0.00 | N/A | $10,000.00 |
| **Fertilizer - KBH Knife Rig 12 Row**<br>**SN: 5481** | $0.00 | N/A | $10,000.00 |
| **Lister - Orthman Lister with Gandy Seeder**<br>**SN: 40621/137403** | $0.00 | N/A | $30,000.00 |
| **2018 John Deere Cotton Picker - JD CP690**<br>**SN: 1N0C690PCJ4070418** | $0.00 | N/A | $550,000.00 |
| **UTV - Polaris XP 1000**<br>**SN: 69210** | $0.00 | N/A | $20,000.00 |
| **Planter - Harvest International 12R38**<br>**SN: 10360** | $0.00 | N/A | $200,000.00 |
| **Planter - Harvest International 12R38**<br>**SN: 10359** | $0.00 | N/A | $200,000.00 |
| **Poly Piper - EZ Drop**<br>**SN: 3458-18** | $0.00 | N/A | $5,000.00 |

Debtor    **JC Farms, LLC**                                      Case number *(If known)* _____
          Name

| Item | | | |
|---|---|---|---|
| **Peanut Dump Cart - KMC 4825**<br>SN: 91422 | $0.00 | N/A | $30,000.00 |
| **UTV - Polaris Ranger**<br>SN: 382650 | $0.00 | N/A | $8,000.00 |
| **Fuel Trailer 500 gallons** | $0.00 | N/A | $5,000.00 |
| **Flail Shredder - JD 520**<br>SN: 5428 | $0.00 | N/A | $12,000.00 |
| **Backhoe - JD 310SG**<br>SN: T0310SG899144 | $0.00 | N/A | $35,000.00 |
| **Tractor - Kubota 2301 with LA525 Loader** | $0.00 | N/A | $18,000.00 |
| **Landplane - Brandt 18x52**<br>SN: B3279 | $0.00 | N/A | $4,000.00 |
| **Peanut Fluffer - Amadas CLC-19**<br>SN: 580221 | $0.00 | N/A | $15,000.00 |
| **Peanut Digger - Amadas ADI-638**<br>SN: 580092 | $0.00 | N/A | $35,000.00 |
| **Box Blade - Proctor 12'**<br>SN: 3658 | $0.00 | N/A | $4,500.00 |
| **Air Compressor - Atlas Copco XAS185**<br>SN: 46964 | $0.00 | N/A | $9,000.00 |
| **Ditcher - Glenco PTO** | $0.00 | N/A | $800.00 |
| **Planter - Crustbuster 6020 TW 6x38**<br>SN: 26989 | $0.00 | N/A | $25,000.00 |
| **Tractor - JD 8R340 MFWD 3 Row Crop Tractor**<br>SN: 1RW8340DCLC171329 | $0.00 | N/A | $380,000.00 |
| **Hooded Sprayer - Red Ball 410 12 Row** | $0.00 | N/A | $5,500.00 |
| **7 Power Units - Deutz** | $0.00 | N/A | $105,000.00 |
| **Power Unit - Perkins**<br>SN: 1783 | $0.00 | N/A | $7,000.00 |

6/20/23 8:20AM

| Debtor | **JC Farms, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Description | Net value | | Current value |
|---|---|---|---|
| 6 Power Units - JD329 | $0.00 | N/A | $36,000.00 |
| Power Unit - Case IH P85 | $0.00 | N/A | $12,000.00 |
| 4 Power Units - Case IH | $0.00 | N/A | $120,000.00 |
| Power Unit - Cummins | $0.00 | N/A | $5,000.00 |
| 5 Power Units - Mirtech | $0.00 | N/A | $60,000.00 |
| Combine - Case IH 9250<br>SN: 241531 | $0.00 | N/A | $490,000.00 |
| Do All - Wilrich 1403 12 Row<br>SN: 460065 | $0.00 | N/A | $10,000.00 |
| Tractor - Case IH 500 Steiger Tractor<br>SN JEEZC500CMF501494 | $0.00 | N/A | $500,000.00 |
| 2020 John Deere 6195R Row Crop Cab Tractor<br>SN:1RW6195RCKD037579 | $0.00 | N/A | $180,000.00 |
| Fuel Trailer - Industias America 500 60ga<br>SN: 0023 | $0.00 | N/A | $6,000.00 |
| Header - MacDon FD140 Flexdraper<br>SN: 355961 | $0.00 | N/A | $80,000.00 |
| 2 Header Trailer - Duo Lift DLT42LT | $0.00 | N/A | $14,000.00 |
| Header - MacDon C3812 Corn Header<br>SN: 408762 | $0.00 | N/A | $100,000.00 |
| Mower - JD M15- 15'<br>SN: 4022 | $0.00 | N/A | $20,000.00 |
| Disk - Athens 66 Turn Row Disk<br>SN: 621210 | $0.00 | N/A | $5,000.00 |
| 3 Water Trailer - KBH 1000ga | $0.00 | N/A | $9,000.00 |
| Peanut Digger - KMC 6-38<br>SN: 94299 | $0.00 | N/A | $38,000.00 |
| Grassworks Weed Wiper<br>SN: 1015378 | $0.00 | N/A | $4,000.00 |

Debtor    **JC Farms, LLC**                                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| **Dump Cart - KMC 4830 Peanut Dump Cart**<br>SN: 94300 | $0.00 | N/A | $50,000.00 |
| **Bale Mover - Frontier CM1100**<br>SN: 488 | $0.00 | N/A | $8,000.00 |
| **Air Compressor - Smith 100 Mobiol** | $0.00 | N/A | $3,000.00 |
| **Flail Shredder - Rhino RC120**<br>SN: 15014 | $0.00 | N/A | $15,000.00 |
| **Drill - Great Plains 2520**<br>SN: GP1697SS | $0.00 | N/A | $65,000.00 |
| **Haroow - Kelly Diamond Harrow 30'**<br>SN: 2200197 | $0.00 | N/A | $90,000.00 |
| **2 Power Units - JD Older** | $0.00 | N/A | $6,000.00 |
| **Ditcher - W&A PTO** | $0.00 | N/A | $1,000.00 |
| **Perkins Furrow Runner - 12 Units** | $0.00 | N/A | $25,000.00 |
| **Cotton Bale Spear** | $0.00 | N/A | $3,500.00 |
| **Proctor Turnrow Plane**<br>SN: 103392 | $0.00 | N/A | $3,500.00 |
| **Pivots:**<br>**4 - 1991 Reinke 7 Tower Pivot**<br>**1995 Pierce 7 Tower Pivot**<br>**2000 Valley 7 Tower Pivot**<br>**3 - 2010 Zimmatic 3 Tower Pivot**<br>**2010 Zimmatic 5 Tower Pivot**<br>**2 - 2013 Zimmatic 7 Tower Pivot**<br>**2018 Zimmatic 7 Tower Pivot**<br>**2019 Zimmatic 6 Tower Pivot**<br>**2019 Zimmatic 7 Tower Pivot**<br>**2020 Zimmatic 7 Tower Pivot**<br>**2 - 2021 Zimmatic 7 Tower Pivot** | $0.00 | N/A | $752,000.00 |
| **2 Kubota Power Units, poly pipe roller**<br>SN: 2JS2287, 2JS3239, 3458-18 | $0.00 | N/A | $30,000.00 |
| **W&A 12R Level Bander**<br>SN: 267930522<br>**Rhino RC120 Cutter**<br>SN: RC120-10514 | $0.00 | N/A | $75,000.00 |

Debtor    **JC Farms, LLC**                                    Case number *(If known)*  _____
Name

| | | | |
|---|---|---|---|
| **W&A 3640 Level Bander 12 Row**<br>SN: 1734-12 | $0.00 | N/A | $10,000.00 |
| **4 Case Power Units** | $0.00 | N/A | $62,000.00 |
| **7 Power Units Dentz** | $0.00 | N/A | $123,000.00 |
| **Water Trailer - 2022 KBH Semi Water Tender**<br>SN: 1T9GN4021NC623386/NT06029 | $0.00 | N/A | $80,000.00 |
| **Forklift - Yal GP050**<br>#11254T | $0.00 | N/A | $18,000.00 |
| **Fertilizer Spreader - Amazone**<br>SN: 24314 | $0.00 | N/A | $18,000.00 |

31.  **Farm and fishing supplies, chemicals, and feed**

32.  **Other farming and fishing-related property not already listed in Part 6**

33.  **Total of Part 6.**                                                           **$9,820,312.00**

Add lines 28 through 32.  Copy the total to line 85.

34.  **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☑ Yes

37.  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Desk and filing cabinets** | $0.00 | N/A | $500.00 |

Debtor      **JC Farms, LLC**
_____    Case number *(If known)* _____
         Name

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42.  Copy the total to line 86.

|  |
|---|
| $500.00 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2018 Chevy Truck**<br>**VIN# 1GC1KVEG7JF258323**<br>**Truck also held with 2nd Lien on**<br>**LN#1891871** | $0.00 | N/A | $40,000.00 |
| 47.2.  **2017 Peterbilt**<br>**VIN# 1X9XD49X4HD432474** | $0.00 | N/A | $145,000.00 |
| 47.3.  **2 - 2015 Wilson Hopper Trailers**<br>**VIN# 4WW4392A8F6623096**<br>**VIN# 4WW4392A6F6623095** | $0.00 | N/A | $70,000.00 |
| 47.4.  **2016 Wilson Hopper Trailer**<br>**VIN# 4WW44120G6624744** | $0.00 | N/A | $35,000.00 |
| 47.5.  **Pressure Washing Trailer** | $0.00 | N/A | $3,500.00 |
| 47.6.  **2010 Ford F450**<br>**SN: 25996** | $0.00 | N/A | $25,000.00 |
| 47.7.  **1994 Ford Bronco** | $0.00 | N/A | $10,000.00 |
| 47.8.  **2013 GMC Serria 4x4**<br>**SN: 263487** | $0.00 | N/A | $20,000.00 |

Debtor    **JC Farms, LLC**                                          Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| 47.9. | **2018 GMC Denali 3500 Crew Cab Duramax** SN: 193820 | $0.00 | N/A | $50,000.00 |
| 47.10. | **GMC Serria** VIN# 222201 | $0.00 | N/A | $64,404.00 |
| 47.11. | **2021 GMC Serria 3500 HD Crew Cab 4x4 Dually** SN: 222160 | $0.00 | N/A | $70,000.00 |
| 47.12. | **2021 GMC Serria** VIN: 222183 | $0.00 | N/A | $64,404.00 |
| 47.13. | **2017 Talbert** VIN# 40FS04422H1035816 | $0.00 | N/A | $65,000.00 |
| 47.14. | **Jeep Rubicon** VIN# 1C4HJXFN0LW277048 | $0.00 | N/A | $58,000.00 |
| 47.15. | **ATV - Polaris Sportsman 550** | $0.00 | N/A | $5,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                    | $725,308.00 |
   Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☐ No
   ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor      **JC Farms, LLC**                                             Case number *(If known)* _____
            Name

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1.  **Leasehold Improvement Holcomb, MO 15,000 square foot Shop and Office Building** | | **$0.00**  N/A | | **$800,000.00** |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$800,000.00** |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **JC Farms, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,621.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $637,500.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $9,820,312.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $725,308.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $800,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,186,241.00 | + 91b. $800,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,986,241.00 |

**Fill in this information to identify the case:**

Debtor name **JC Farms, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 AgDirect**
Creditor's Name

**P.O. Box 2409**
**Omaha, NE 68103-2409**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/24/2019**
**Last 4 digits of account number**
**8961**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.
_____

Describe debtor's property that is subject to a lien
**Willmar 642E Sprayer Broadcast 12 Row**
**SN: 6042r18-00060E**

|  | $5,320.00 | $10,000.00 |
|---|---|---|

Describe the lien
**Secured Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 AgDirect**
Creditor's Name

**P.O. Box 2409**
**Omaha, NE 68103-2409**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5522**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Digger/Shaker/Inverter**
**SN: 580092**
**Vine Conditioner**
**SN: 580221**

| | $25,228.00 | $25,983.00 |
|---|---|---|

Describe the lien
**Secured Loan**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Debtor  **JC Farms, LLC**
Name

Case number *(if known)* _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AgDirect** | Describe debtor's property that is subject to a lien | $10,752.00 | $11,553.00 |
|---|---|---|---|---|

Creditor's Name

**3 Deutz Power Units**
**SN: 12204869, 12204870, 12204872**

**P.O. Box 2409**
**Omaha, NE 68103-2409**

Creditor's mailing address

Describe the lien
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**00AD**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **AgDirect** | Describe debtor's property that is subject to a lien | $7,450.00 | $7,965.00 |
|---|---|---|---|---|

Creditor's Name

**2 Deutz Power Units**
**SN: 12205304. 12213386**

**P.O. Box 2409**
**Omaha, NE 68103-2409**

Creditor's mailing address

Describe the lien
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**00AD**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **AgDirect** | Describe debtor's property that is subject to a lien | $3,864.00 | $4,131.00 |
|---|---|---|---|---|

Creditor's Name

**Deutz Power Unit**
**SN: 12213387**

**P.O. Box 2409**
**Omaha, NE 68103-2409**

Creditor's mailing address

Describe the lien
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No

---

Debtor　**JC Farms, LLC**
_____
Name

Case number (if known) _____

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**01AD**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **AgDirect** | **Describe debtor's property that is subject to a lien** | $52,578.00 | $54,259.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2409**
**Omaha, NE 68103-2409**

**Case Virtical Tillage 335VT**
**# YKD087628**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**00AD**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **AgDirect** | **Describe debtor's property that is subject to a lien** | $126,788.00 | $126,788.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 2409**
**Omaha, NE 68103-2409**

**Harvard International Planter**
**# VF10359**
**SN: 10359**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**05NS**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **AgDirect** | **Describe debtor's property that is subject to a lien** | $124,418.00 | $124,418.00 |
|---|---|---|---|---|

Debtor **JC Farms, LLC**
_____
Name

Case number (if known) _____

---

Creditor's Name

**P.O. Box 2409**
**Omaha, NE 68103-2409**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**81KH**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Harvest International Planter**
**#VF10360**
**SN: 10360**
_____

**Describe the lien**
**Secured Loan**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **CNH Industrial Capital America LLC** | **Describe debtor's property that is subject to a lien** | $343,627.00 | $343,627.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1700**
**New Holland, PA**
**17557-0917**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**B008**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Combine YLG241531, MCD**
**Macdon Combine Header 1641924, FD140**
**355961-19**
_____

**Describe the lien**
**Secured Loan**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **CNH Industrial Capital America LLC** | **Describe debtor's property that is subject to a lien** | $14,625.00 | $80,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 1700**
**New Holland, PA**
**17557-0917**
_____
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Ecolo Tiger Disc Ripper**
**SN: YHD083925**
_____

**Describe the lien**
**Secured Loan**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

---

| Debtor | JC Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**B008**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1** **CNH Industrial Capital America LLC**

Creditor's Name

**P.O. Box 1700**
**New Holland, PA**
**17557-0917**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1290**

| Describe debtor's property that is subject to a lien | $222,513.00 | $500,000.00 |
|---|---|---|
| **Tractor - Case IH 500 Steiger Tractor** | | |
| **SN JEEZC500CMF501494** | | |

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 2** **CNH Industrial Capital America LLC**

Creditor's Name

**P.O. Box 1700**
**New Holland, PA**
**17557-0917**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4223**

| Describe debtor's property that is subject to a lien | $60,000.00 | $75,000.00 |
|---|---|---|
| **W&A 12R Level Bander** | | |
| **SN: 267930522** | | |
| **Rhino RC120 Cutter** | | |
| **SN: RC120-10514** | | |

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check that all apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 3** **CNH Industrial Capital America LLC**

| Describe debtor's property that is subject to a lien | $62,000.00 | $62,000.00 |
|---|---|---|

---

Debtor    **JC Farms, LLC**
Name

Case number (if known) _____

---

Creditor's Name

**P.O. Box 1700**
**New Holland, PA**
**17557-0917**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**4 Case Power Units**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **CNH Industrial Capital America LLC** |
|---|---|

Creditor's Name

**P.O. Box 1700**
**New Holland, PA**
**17557-0917**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**    $122,694.00    $123,000.00
**7 Power Units Dentz**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **First State Bank and Trust Company, Inc** |
|---|---|

Creditor's Name

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $31,537.00    $31,537.00
**Tractor JD8285R**
**S/N: 1RW8285RECP065316**
**Blanket Lien on other equipment**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

---

6/20/23 8:20AM

| Debtor | JC Farms, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

5421

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** **First State Bank and Trust Company, Inc**
Creditor's Name

100 West 3rd Street
Caruthersville, MO
63830-1356
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
1515

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
KBH Field Coultivator
S/N: LA03828
Blanket Lien on other equipment

**Describe the lien**
Secured Loan

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,150.00 | $7,150.00

---

**2.17** **First State Bank and Trust Company, Inc**
Creditor's Name

100 West 3rd Street
Caruthersville, MO
63830-1356
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
5014

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Water Trailer
S/N: NT05481
and
Tank
S/N: 1903183843
Blanket Lien on other equipment

**Describe the lien**
Secured Loan

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,866.00 | $3,866.00

---

**2.18** **First State Bank and Trust Company, Inc**

**Describe debtor's property that is subject to a lien**

$133,886.00 | $133,886.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 7 of 21

| Debtor | **JC Farms, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**

Creditor's mailing address

**Purchase Ownership Interest in
Pivot Systems & Power Units**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5588**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **First State Bank and Trust Company, Inc** | | **$16,380.00** | **$16,380.00** |
|---|---|---|---|---|

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Zimmatic Center Pivot
S/N: LA1836
and
Reinke Model 666 Center Pivot
S/N: 6928823**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
5944**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **First State Bank and Trust Company, Inc** | | **$12,633.00** | **$40,000.00** |
|---|---|---|---|---|

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**2018 Chevy Truck
VIN# 1GC1KVEG7JF258323
Truck also held with 2nd Lien on LN#1891871**

**Describe the lien**

**Secured Loan**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

---

Debtor    **JC Farms, LLC**
_____Name_____                                     Case number (if known) _____

|  | |
|---|---|
| **Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **8595** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 1 | **First State Bank and Trust Company, Inc** | | $28,268.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Lister - Orthman Lister with Gandy Seeder
SN: 521702/15118**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9427**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **First State Bank and Trust Company, Inc** | | $41,172.00 | $105,000.00 |
|---|---|---|---|---|

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Brent Grain Cart V1100
SN: B39190103**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0026**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **First State Bank and Trust Company, Inc** | | $30,352.00 | $60,000.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Debtor **JC Farms, LLC**
_____
Name

Case number (if known) _____

Creditor's Name
**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

**2012 Doosan Escavator Model DX225**
**SN: DHKCEBADAB0006310**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0034**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **First State Bank and Trust Company, Inc** | | | |
|---|---|---|---|---|

Creditor's Name
**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

**Describe debtor's property that is subject to a lien**
**Roll-a-Cone 12 Row 38' Hipper**
**SN: 10-4020**

$15,023.00    $18,000.00

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0891**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **First State Bank and Trust Company, Inc** | | | |
|---|---|---|---|---|

Creditor's Name
**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

**Describe debtor's property that is subject to a lien**
**4 Pivots**
**2nd Lien in liu of down payment on Zimmatic**
**800 Pivot #LEZ211 held on LN#4881729**

$34,978.00    $34,978.00

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

6/20/23  8:20AM

| Debtor | JC Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

0042

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 6 | **First State Bank and Trust Company, Inc** | | |
|---|---|---|---|

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1871**

| **Do multiple creditors have an interest in the same property?** |
|---|
| ■ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
**Peanut Crust Buster Model 6025TW
SN: 6R38
Further secured by 2018 Checy Pickup
#58323 held on LN#1888595**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$52,055.00                    $52,055.00

---

| 2.2 7 | **First State Bank and Trust Company, Inc** | | |
|---|---|---|---|

Creditor's Name

**100 West 3rd Street
Caruthersville, MO
63830-1356**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2193**

| **Do multiple creditors have an interest in the same property?** |
|---|
| ■ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**Describe debtor's property that is subject to a lien**
**2017 Peterbilt
VIN# 1X9XD49X4HD432474**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$102,537.00                    $145,000.00

---

| 2.2 8 | **First State Bank and Trust Company, Inc** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$49,618.00                    $70,000.00

---

Debtor **JC Farms, LLC**
Name                                                                                    Case number (if known) _____

---

Creditor's Name
**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**2 - 2015 Wilson Hopper Trailers**
**VIN# 4WW4392A8F6623096**
**VIN# 4WW4392A6F6623095**

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2207**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **First State Bank and Trust Company, Inc** | | **$24,830.00** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name
**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2016 Wilson Hopper Trailer**
**VIN# 4WW44120G6624744**

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2371**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **First State Bank and Trust Company, Inc** | | **$84,286.00** | **$75,000.00** |
|---|---|---|---|---|

Creditor's Name

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**300 Class A Shares of Delta Peanut LLC**
**Secured by 2nd Lien on: '16 REIT #7171, '13**
**FRHT #1033 (1sr Lien on LN#1889893)**
**(Part of Delta Peanut LLC Class A Stock ov**
**2,550)**

**Describe the lien**
**Secured Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

---

Official Form 206D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 12 of 21

| Debtor | JC Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0039**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **First State Bank and Trust Company, Inc** | | $302,164.00 | $302,164.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 JD CP690 Cotton Picker**
**SN: 1NOC690PCJ4070418**
**Secured by: '16 FRHT #0440, '16 FRHT #0439, '14 FRHT #7390, '15 FRHT #7687, '13 FRHT #1034, '13 FRHT #1033, '11 PETE #7978**

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5952**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **First State Bank and Trust Company, Inc** | | $225,750.00 | $225,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**900 Class A Shares of Delta Peanut LLC Collateral in lieu of down payment: '13 FRHT #DFE1033, '16 REIT Trailer (Part of Delta Peanut LLC Class A Stock of 2,550)**

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9893**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **JC Farms, LLC**                                                Case number (if known) _____
　　　　　Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **First State Bank and Trust Company, Inc** | | $3,628,346.00 | $3,628,346.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Debt consolidation**
**Secured by blanket lien on equipment**

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3041**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | **First State Bank and Trust Company, Inc** | | $404,000.00 | $800,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Leasehold Improvement**
**Holcomb, MO**
**15,000 square foot Shop and Office Building**

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3106**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | **First State Bank and Trust Company, Inc** | | $135,520.00 | $135,520.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Pay John Deere Credit to modify loan**
**payments from monthly to annual**
**Secured by blanket lien on equipment**

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe the lien**

---

Debtor    **JC Farms, LLC**
Name

Case number (if known) _____

---

**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**4439**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 6 | **First State Bank and Trust Company, Inc** | **Describe debtor's property that is subject to a lien** | $378,000.00 | $337,500.00 |
|---|---|---|---|---|

Creditor's Name

**1350 Class A Shares of Delta Peanut LLC Collateral in lieu of down payment  '13 FRHT #DFE1033, '16 REIT Trailer**
**(Part of Delta Peanut LLC Class A Stock of 2,550)**

**100 West 3rd Street**
**Caruthersville, MO**
**63830-1356**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**2053**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 7 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $181,619.00 | $330,000.00 |
|---|---|---|---|---|

Creditor's Name

**Self- Propelled Sprayer  JD R4038**
**SN: 1NO4038RPK0204521**

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**5588**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 15 of 21

Debtor    **JC Farms, LLC**                                    Case number (if known) _____
          Name

☐ No
☐ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 8 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $149,015.00 | $260,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Tractor - JD 8320R MFWD**
**SN: 1RW8320RLJD136432**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4987**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 9 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $154,869.00 | $260,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Row Crop Tractor - JD 8345R MFWD**
**SN: 1RW8345RAJD135543**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3524**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 0 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | $292,743.00 | $550,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Cotton Picker - JD CP690**
**SN: 1NOC690PHJ4070585**

**Describe the lien**
**Secured Loan**

---

Debtor  **JC Farms, LLC**
Name

Case number (if known) _____

---

|  | Is the creditor an insider or related party? |
|--|--|
| Creditor's email address, if known | ■ No |
|  | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** **2710** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.41** | **John Deere Financial**
Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**JD 410R Highcycle Self-Propelled Sprayer**
**SN:IN0410RXTN0222707**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$345,784.00    $470,000.00

---

**2.42** | **John Deere Financial**
Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**JD HX14 Lift Type Rotary/Flail Cutter**
**SN: 1POHZ14DLJP027548**

Describe the lien
**Secured Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$1,657.00    $7,500.00

---

Debtor  **JC Farms, LLC**
Name                                                    Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | **$37,370.00** | **$37,370.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328
Madison, WI 53705-0328**

Creditor's mailing address

**House 302 Bedder Chopper/2012 Wil-Rich
1403 Bedder**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | **$98,023.00** | **$160,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328
Madison, WI 53705-0328**

Creditor's mailing address

**2021 Amadas M2120A
Combine #590229**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | **$96,356.00** | **$180,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 5328
Madison, WI 53705-0328**

Creditor's mailing address

**JD 8320 Tractor
SD: 1RW8320RLFD104345**

**Describe the lien**
**Secured Loan**

---

**Debtor**   **JC Farms, LLC**

Name

Case number (if known) _____

---

Creditor's email address, if known
_____

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 6 | **John Deere Financial** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**JD 4730 Hicycle Self-Propelled Sprayer**
**SN: 1NO4730ZED0028607**

$43,675.00        $85,000.00

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 7 | **John Deere Financial** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**JD 8320 Row Crop Tractor**
**SN: 1RW8320RLID136379**

$156,818.00        $156,818.00

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

6/20/23 8:20AM

| Debtor | JC Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 8** | **John Deere Financial**
Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $6,041.00     $28,000.00
**Hipper Roll-A-Cone**
**SN: 104581**

**Describe the lien**
**Secured Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4 9** | **John Deere Financial**
Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $91,699.00     $160,000.00
**Combine - Amadas 2120 Peanut**
**SN: 590080**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.5 0** | **John Deere Financial**
Creditor's Name

**P.O. Box 5328**
**Madison, WI 53705-0328**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**     $136,014.00     $180,000.00
**2020 John Deere 6195R Row Crop Cab Tractor**
**SN:1RW6195RCKD037579**

**Describe the lien**
**Secured Loan**

---

Debtor    **JC Farms, LLC**                                                    Case number (if known) _____

_____
Name

|  | |
|---|---|
| | **Is the creditor an insider or related party?** |
| _____ | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 1 | **John Deere Financial** | Describe debtor's property that is subject to a lien | $56,992.00 | $50,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Dump Cart - KMC 4830 Peanut Dump Cart SN: 94300** | | |
| | **P.O. Box 5328 Madison, WI 53705-0328** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Secured Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | _____ | ☐ Yes | | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?** | | |
| | | ■ No | | |
| | **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$8,772,883.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **JC Farms, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $211,753.00 |
|---|---|---|---|

**Bayer CropScience LP**
**P.O. Box 204070**
**Dallas, TX 75320-4070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8920**

Basis for the claim:  **Seed**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316,812.00 |
|---|---|---|---|

**CFA**
**18137 US Hwy 412**
**Kennett, MO 63857-8313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7001**

Basis for the claim:  **Seed, Fertilizer, Chemicals**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510,274.00 |
|---|---|---|---|

**Farmline Financing**
**445 Minnesota St.**
**Suite 1700**
**Saint Paul, MN 55101-3161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3067**

Basis for the claim:  **Seed, Fertilizer, Chemicals**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $243,623.00 |
|---|---|---|---|

**John Deere Financial**
**P.O. Box 5328**
**Madison, WI 53705-0328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Multi-Use Account**

Is the claim subject to offset? ■ No ☐ Yes

6/20/23 8:20AM

| Debtor | JC Farms, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879,674.00 |
|---|---|---|---|

**Simplot Grower Solutions**
**P.O. Box 197**
**Leachville, AR 72438-0197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7343**

Basis for the claim:  Seed, Fertilizer, Chemicals

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **D&S Global Solutions**<br>**13809 Research Blvd., Suite 800**<br>**Austin, TX 78750-1211** | Line  3.1<br><br>☐ Not listed. Explain ____ | 7097 |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $                    0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $          2,162,136.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $          2,162,136.00 |

---

**Fill in this information to identify the case:**

Debtor name __**JC Farms, LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF MISSOURI__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Amazone ZA TS 4200 2022 New Fertilizer Spreader SN: ZA00024314 Lease #603-0266355-000 Purchase Option at Term $15,620.00**<br><br>State the term remaining **25 months remaining on Lease - Dated 6/23/2022**<br><br>List the contract number of any government contract _____ | **HYG Financial 30 Main Street Danbury, CT 06810-3040** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**2020 John Deere 8R340 Tractor Stock #81554 Lease #001-0112643-000 JDF 3yr/600 Hr Lease**<br><br>State the term remaining **4 months - (10/5/2023) Orignal Purchase Option Order 10/2/2020**<br><br>List the contract number of any government contract _____ | **John Deere Financial P.O. Box 5328 Madison, WI 53705-0328** |

6/20/23  8:20AM

**Fill in this information to identify the case:**

Debtor name    **JC Farms, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name  **JC Farms, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF MISSOURI

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,675,799.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$4,086,099.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,590,177.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

6/20/23  8:20AM

Debtor    **JC Farms, LLC**                                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See Attached List** | | **$236,250.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List all payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| | | | |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **First State Bank and Trust Company, Inc**<br>**100 West 3rd Street**<br>**Caruthersville, MO 63830-1356** | **Creditor took wheat sale proceeds and applied to loan**<br>Last 4 digits of account number: _____ | 6/7/2023 | $17,578.48 |

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| | | | |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

Debtor    **JC Farms, LLC**                                                                 Case number *(if known)* _____

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:**    **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:**    **Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?  Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Birk Law Firm, LC  2851 Professional Court, Suite C  Cape Girardeau, MO  63703-5011** | | **5/30/2023** | **$25,000.00** |
| | Email or website address  **kbirk@birklegal.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12.  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13.  **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?  Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

6/20/23 8:20AM

Debtor    **JC Farms, LLC**                                                     Case number *(if known)* _____

---

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **JC Farms, LLC**                                                    Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

■ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Debtor    **JC Farms, LLC**                                          Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Thomas, Speight & Noble, CPA's** **1400 W. Keiser Ave** **Osceola, AR 72370-2800** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **First State Bank and Trust Company, Inc** **100 West 3rd Street** **Caruthersville, MO 63830-1356** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **First State Bank and Trust Company, Inc** **100 West 3rd Street** **Caruthersville, MO 63830-1356** |
| 26d.2. **AgDirect** **P.O. Box 2409** **Omaha, NE 68103-2409** |
| 26d.3. **John Deere Financial** **P.O. Box 5328** **Madison, WI 53705-0328** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    **JC Farms, LLC**                                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nicholas Gates** | **18103 US Hwy 412**<br>**Kennett, MO 63857-8313** | Owner | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☑ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
   18 U.S.C. §§ 152, 1341, 1519, and 3571.

   I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on    **June 20, 2023**

   **/s/ Nicholas Gates**                                    **Nicholas Gates**
   Signature of individual signing on behalf of the debtor          Printed name

   Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

## JC Farms LLC
## Transaction "Paid" List by Vendor
### 90 Days Before Filing Bankruptcy

| Date | Transaction Type | Memo/Description | Amount |
|---|---|---|---|
| **AgDirect** | | | |
| 4/10/2023 | Auto | Row Crop Tractor | -$3,731.44 |
| 4/10/2023 | Auto | Willmar 642 | -$1,118.18 |
| 4/10/2023 | Auto | Digger | -$925.87 |
| 4/10/2023 | Auto | Power Units | -$854.05 |
| 4/10/2023 | Auto | Power Units | -$550.00 |
| 4/10/2023 | Auto | Power Units | -$286.17 |
| 4/10/2023 | Auto | Case 335 VT | -$1,827.66 |
| 4/17/2023 | Auto | Lease | -$3,731.44 |
| 5/10/2023 | Auto | Row Crop Tractor | -$3,731.44 |
| 5/10/2023 | Auto | Willmar 642 | -$1,118.18 |
| 5/10/2023 | Auto | Digger | -$925.87 |
| 5/10/2023 | Auto | Power Units | -$854.05 |
| 5/10/2023 | Auto | Power Units | -$550.00 |
| 5/10/2023 | Auto | Power Units | -$286.17 |
| 5/10/2023 | Auto | Case 335 VT | -$1,827.66 |
| 5/15/2023 | Auto | Lease | -$3,731.44 |
| 6/1/2023 | Auto | Power Units | -$286.17 |
| 6/1/2023 | Auto | Power Units | -$854.05 |
| 6/1/2023 | Auto | Power Units | -$550.00 |
| 6/1/2023 | Auto | Willmar 642 | -$1,118.18 |
| 6/1/2023 | Auto | Digger | -$932.03 |
| 6/1/2023 | Auto | Case 335 VT | -$1,827.66 |
| | | | |
| **Chrisman LP Gas** | | | |
| 5/26/2023 | AE | Diesel | -$10,729.08 |
| 6/6/2023 | AE | Diesel | -$870.13 |
| | | | |
| **CNHI** | | | |
| 3/30/2023 | Auto | | -$840.00 |
| 4/4/2023 | Auto | | -$10,989.28 |
| 4/15/2023 | Auto | Ecolo T | -$770.37 |
| 4/15/2023 | Auto | 9250 | -$8,139.28 |
| 4/15/2023 | Auto | 500 | -$5,847.91 |
| 5/2/2023 | Auto | | -$840.00 |
| 5/2/2023 | Auto | | -$10,989.28 |
| 5/15/2023 | Auto | Ecolo T | -$770.37 |
| 5/15/2023 | Auto | 9250 | -$8,139.28 |
| 5/15/2023 | Auto | 500 | -$5,847.91 |
| 5/31/2023 | Auto | | -$840.00 |
| 6/2/2023 | Auto | | -$10,989.28 |
| | | | |
| **First State Bank & Trust** | | | |
| 4/10/2023 | Auto | LEZ211 | -$931.95 |
| 4/10/2023 | Auto | 406-21 / 137403 | -$483.29 |
| 4/10/2023 | Auto | 774590 | -$507.23 |
| 4/10/2023 | Auto | 26989 | -$1,569.52 |
| 4/10/2023 | Auto | CP690 | -$11,632.30 |
| 4/10/2023 | Auto | LE-13792 / 54-780 / L76604 | -$1,245.51 |
| 4/10/2023 | Auto | 258323 | -$484.72 |

| | | | |
|---|---|---|---:|
| 4/10/2023 | Auto | LE17045 / LE17429 | -$1,029.08 |
| 4/14/2023 | Auto | Excavator | -$11,257.91 |
| 4/14/2023 | Auto | Brent Grain Cart | -$15,271.05 |
| 4/20/2023 | Auto | 2022 Crop Loan Pay Off | -$441.60 |
| 5/10/2023 | Auto | LEZ211 | -$931.95 |
| 5/10/2023 | Auto | 406-21 / 137403 | -$483.29 |
| 5/10/2023 | Auto | 774590 | -$507.23 |
| 5/10/2023 | Auto | 26989 | -$1,569.52 |
| 5/10/2023 | Auto | CP690 | -$11,632.30 |
| 5/10/2023 | Auto | LE-13792 / 54-780 / L76604 | -$1,245.51 |
| 5/10/2023 | Auto | 258323 | -$484.72 |
| 5/10/2023 | Auto | LE17045 / LE17429 | -$1,029.08 |

**John Deere**

| | | | |
|---|---|---|---:|
| 3/24/2023 | Auto | 410R Hicycle | -$300.00 |
| 3/24/2023 | Auto | 8324 Row-Crop | -$200.00 |
| 3/24/2023 | Auto | 6197 Row-Crop | -$200.00 |
| 3/24/2023 | Auto | R403 Hicycle | -$200.00 |
| 3/24/2023 | Auto | 8324 Row-Crop | -$200.00 |
| 3/24/2023 | Auto | KMC Dump Cart | -$200.00 |
| 3/24/2023 | Auto | CP69 | -$300.00 |
| 3/24/2023 | Auto | 8323 Row-Crop | -$200.00 |
| 3/24/2023 | Auto | Amadas 2120 | -$200.00 |
| 3/24/2023 | Auto | 8345 Row-Crop | -$200.00 |
| 3/27/2023 | Auto | 6198 Row-Crop | -$3,566.64 |
| 3/27/2023 | Auto | 6198 Row-Crop | -$200.00 |
| 4/5/2023 | Auto | JD HX14 | -$240.42 |
| 4/5/2023 | Auto | JD4730 | -$1,298.16 |
| 5/5/2023 | Auto | JD HX14 | -$240.42 |
| 5/5/2023 | Auto | JD4730 | -$1,298.16 |
| 5/9/2023 | Auto | Multi-Use | -$5,247.79 |
| 5/15/2023 | Auto | Multi-Use | -$5,247.79 |
| 6/5/2023 | Auto | Lease | -$186.85 |
| 6/7/2023 | Auto | Multi-Use | -$6,904.05 |

**Missouri Farm Bureau**

| | | | |
|---|---|---|---:|
| 4/12/2023 | Auto | Insurance | -$37,213.09 |
| 4/13/2023 | Auto | Insurance | -$1,449.10 |

-$236,250.11

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **JC Farms, LLC**                                                    Case No.
                                                          Debtor(s)          Chapter    **12**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐   **FLAT FEE**

     For legal services, I have agreed to accept                                    $ _____

     Prior to the filing of this statement I have received                          $ _____

                                                                                      _____

     Balance Due                                                                    $ _____

☑   **RETAINER**

     For legal services, I have agreed to accept and received a retainer of         $       **25,000.00**

     The undersigned shall bill against the retainer at an hourly rate of           $   **375.00 per hour plus
                                                                                        expenses for legal
                                                                                        services**

                                                                                      _____

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

     **As needed by Debtor as Debtor's case requires.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

6/20/23  8:20AM

In re    __JC Farms, LLC_____          Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>__June 15, 2023_____        __/s/ Kelvin W. Birk_____<br>*Date*                                                **Kelvin W. Birk**<br>                                                      *Signature of Attorney*<br>                                                      **Birk Law Firm, LC**<br>                                                      **2851 Professional Court**<br>                                                      **Suite C**<br>                                                      **Cape Girardeau, MO 63703**<br>                                                      **573-332-8585  Fax: 573-332-0660**<br>                                                      **kbirk@birklegal.com**_____<br>                                                      *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **JC Farms, LLC**

Debtor(s)

Case No.

Chapter    **12**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __1__ page(s) and is true, correct and complete.

**/s/ Nicholas Gates**

**Nicholas Gates**/**Owner**
Signer/Title

Dated:    **June 20, 2023**

L.F. 2 - 2/2021

AgDirect
P.O. Box 2409
Omaha, NE 68103-2409

Bayer CropScience LP
P.O. Box 204070
Dallas, TX 75320-4070

CFA
18137 US Hwy 412
Kennett, MO 63857-8313

CNH Industrial Capital America LLC
P.O. Box 1700
New Holland, PA 17557-0917

D&S Global Solutions
13809 Research Blvd., Suite 800
Austin, TX 78750-1211

Farmline Financing
445 Minnesota St.
Suite 1700
Saint Paul, MN 55101-3161

First State Bank and Trust Company, Inc
100 West 3rd Street
Caruthersville, MO 63830-1356

HYG Financial
30 Main Street
Danbury, CT 06810-3040

John Deere Financial
P.O. Box 5328
Madison, WI 53705-0328

Missouri Department of Revenue
Bankruptcy Unit
P.O. Box 475
301 W. High Street
Jefferson City, MO 65105-0475

Simplot Grower Solutions
P.O. Box 197
Leachville, AR 72438-0197

U.S. Attorney's Office
111 South Tenth Street, Room 20.333
St. Louis, MO 63102-1125

U.S. Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

# United States Bankruptcy Court
### Eastern District of Missouri

In re **JC Farms, LLC**

Debtor(s)

Case No.

Chapter **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **JC Farms, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 20, 2023**

Date

**/s/ Kelvin W. Birk**

**Kelvin W. Birk**

Signature of Attorney or Litigant

Counsel for    **JC Farms, LLC**

**Birk Law Firm, LC**
**2851 Professional Court**
**Suite C**
**Cape Girardeau, MO 63703**
**573-332-8585 Fax:573-332-0660**
**kbirk@birklegal.com**